UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY DWAYNE DIGGS,

    Defendant.
_____/

Hon. Robert Holmes Bell

Case No. 1:15-cr-00166-RHB

## ORDER

Defendant appeared before me on September 25, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing at this time. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending further order of this Court.

DONE AND ORDERED this 25th day of September, 2015.

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge